IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> LEAMON M. FITE, III, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> APERIAN LABORATORY ) <br> SOLUTIONS, LLC; EAST ALABAMA ) <br> HEALTH CARE AUTHORITY, d/b/a ) <br> EAST ALABAMA MEDICAL CENTER; ) <br> SUMMIT DIAGNOSTICS, LLC; ) <br> COMPASS LABORATORY ) <br> SERVICES, LLC; TOTAL ) <br> DIAGNOSTIC SOLUTIONS, LLC; ) <br> JANNIE LYNN WORK CHAPMAN; ) <br> AND SHELINDER AGGARWAL, ) <br> ) <br> **Defendants.** ) | CIVIL ACTION NUMBER <br> 5:13-cv-1626-LSC <br><br><br><br> ***FILED UNDER SEAL*** |

### NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

In its last Order, dated July 30, 2015, the Court indicated that the seal in this matter would lift on August 10, 2015, and that no further extensions of time would be granted. The Government's investigation has not been completed and, as such, the United States is not able to decide, as of the August 10, 2015 deadline, whether to intervene in this action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time, but the Government's investigation will continue.

Although the United States is not intervening at this time, pursuant to 31 U.S.C. § 3730(b)(1), the Relator may maintain the action in the name of the United States. However, the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). Therefore, the United States requests that, should either the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings and orders docketed in this action be issued to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the Relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this notice.

Respectfully submitted this the 10th day of August 2015.

        JOYCE WHITE VANCE
        UNITED STATES ATTORNEY

        */s/ Erin M. Everitt*
        ERIN M. EVERITT
        THOMAS BORTON
        Assistant United States Attorneys
        United States Attorney's Office
        1801 4th Avenue North
        Birmingham, AL 35203
        Telephone: (205) 244-2001
        Fax: (205) 244-2181
        Erin.Everitt@usdoj.gov

        Counsel for United States

## **CERTIFICATE OF SERVICE**

I, ERIN M. EVERITT, Assistant United States Attorney, hereby certify that on August 10, 2015, I served the foregoing NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME and proposed Order, by mailing, postage prepaid, a true copy of same to counsel for the Relator:

Don McKenna
Scott A. Powell
HARE, WYNN, NEWELL & NEWTON, LLP
The Massey Building, Suite 800
2025 Third Avenue North
Birmingham, AL  35203

Adam P. Plant
BATTLE & WINN, LLP
2901 Second Avenue South, Suite 220
Birmingham, AL  35233

*Erin M. Everitt*
ERIN M. EVERITT
Assistant United States Attorney