FILED
2016 Mar-29 PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 1

### EAMC Electronic System(s) Access User Security Contract

Name: __Fite__ __Leamon__ __M__ Employee Number: ▊▊▊▊
  (Last)    (First)    (MI)

Department: __B6 Lab__ Director/Manager: __Sylvia Racey__
                                         __Johathon M. Tchell__

**About EAMC System(s) Access:** EAMC Electronic System(s) Access ("Access") refers to access of any information maintained, stored or held electronically by EAMC. Access is a privilege that allows a user to view confidential patient/employee information electronically as it directly relates to the performance of the user's job. Authorized users are responsible and accountable for appropriately using and maintaining confidentiality of information.

**Contract Usage Terms- _Please Read and Understand Before Signing_**

  By signing this document you are affirming that you have read and understand the following:

- I understand that reading, understanding, and signing this contract are required before access to Access is granted.

- I understand that my use of Access is a privilege that only permits me to view confidential patient/employee information electronically only as my viewing directly relates to my job duties. I am responsible and accountable for appropriately accessing, using and maintaining confidentiality of information.

- I accept this document as a contract, and I accept responsibility for appropriately using and maintaining the confidentiality of all information made available by Access. This includes printouts and transfers of data to any electronic form, storage, or database.

- I acknowledge that my password and user ID are unique unto me, and it must be kept confidential. I must change my password if I suspect that someone has my password or is using my password. If this occurs I agree to notify the MIS Security Administrator immediately at extension 1852.

- I understand that user ID and passwords are considered an electronic signature. Use of user ID and password to access sensitive information is equal to a personal signature. The user shall be responsible for the use and activity of each unique user ID and password. By using this access, you acknowledge and agree to the terms of this contract.

- I understand that usage of Access is monitored closely for correct and appropriate usage. If misusage occurs it will be presumed that the owner of the password and user ID accessed the system and performed the actions.

- I will not share my password or allow anyone else to work under my password. This act is considered a breach of confidentiality and professional ethics.

- I understand that if I change positions or become no longer employed my Access abilities may/will be changed or terminated.

- I understand that my usage of Access will be monitored regularly, and that misusage will not be tolerated and can result in termination of employment with EAMC as stated per Acceptable Usage Policy for Network Services.

<u>DO NOT</u> share passwords! It is recommended that passwords change with STAR passwords.

__Leamon M. Fite, II__   __Lab Assistant__   __5-03-05__
  (Signature)              (Title)            (Date)

*** <u>Returned signed document to the MIS Security Administrator.</u>

1257438