FILED
2016 Mar-29 PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

# RECEIPT OF HANDBOOK

I Received a copy of the Employee Handbook which outlines the benefits, policies and employee responsibilities. I will familiarize myself with the information contained in the handbook and accept responsibility for keeping informed of any changes. I also understand that there is an employee handbook available for me in the Human Resource Office should I have any question relating to the company benefits or policies. I agree to abide by the policies and procedures of the Medical Center as a condition of my employment.

*Leanon Fite*
Print Name

*Leamon M. Fite, H.*
Employee Signature

5-23-05
Date