# EXHIBIT 3

February 8th, 2006

Attn: Sylvia Rasey
EAMC Laboratory Manager



Dear Sylvia,

This is an advance notice of my intention to change my position from laboratory assistant part time to laboratory assistant per diem. My last date as a part time laboratory assistant will be two weeks from today, or February 22nd, 2006. It has been a great learning opportunity and a pleasure working as a laboratory assistant part time, and I would like to continue this position on a per diem basis. Thank you for your time.

Sincerely,

Trae Fite
-1227