FILED
2016 Mar-29 PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

From: Leamon Fite [mailto:leamonfite@gmail.com]
Sent: Thursday, May 23, 2013 8:27 PM
To: Susan Johnston; Roben Nutter
Subject: Resignation

Dear Susan and Roben,

I am writing to announce my resignation from the position of Director of Operations of Lab Outreach (or Assistant Director depending on whether that has been processed) effective today (May 23rd, 2013). I have enjoyed my time working at East Alabama Medical Center, and I wish you the best.

Sincerely,
Leamon M. Fite, III (Trae)
leamonfite@gmail.com