FILED
2017 Jan-12  PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* )<br>LEAMON M. FITE, III, )<br>   )<br>   **Plaintiffs,** )<br>   )<br>   v.   )<br>   )<br>APERIAN LABORATORY )<br>SOLUTIONS, LLC; EAST ALABAMA )<br>HEALTH CARE AUTHORITY, d/b/a )<br>EAST ALABAMA MEDICAL CENTER; )<br>SUMMIT DIAGNOSTICS, LLC; )<br>COMPASS LABORATORY )<br>SERVICES, LLC; TOTAL )<br>DIAGNOSTIC SOLUTIONS, LLC; )<br>JANNIE LYNN WORK CHAPMAN; )<br>AND SHELINDER AGGARWAL, )<br>   )<br>   **Defendants.** ) | CIVIL ACTION NUMBER<br>5:13-cv-1626-LSC |

## THE UNITED STATES' NOTICE OF PARTIAL SETTLEMENT WITH APERIAN LABORATORY SOLUTIONS, LLC

The United States of America, through the undersigned counsel, submits notice to the Court that it has reached a settlement with Aperian Laboratory Solutions, LLC ("Aperian") that settles a limited number of the claims at issue in this action.

In December 2016, the United States and Aperian executed a Settlement Agreement that settled certain potential claims related to claims for payment submitted by Aperian to Medicare and TRICARE from June 13, 2012, through

September 31, 2014, for services referred to Aperian by providers to whom Aperian had provided free point-of-care drug testing cups. The specific claims for payment that are resolved are identified by claim number and encounter date in the Settlement Agreement, which is attached as Exhibit 1. The Settlement Agreement did not settle or release any causes of action other than those related to the specific claims for payment identified by claim number and encounter date in the Settlement Agreement.

/s/ Don B. Long III
DON B. LONG III
Assistant United States Attorney
1801 4th Avenue North
Birmingham, AL  35203
Telephone: (205) 244-2106
Don.long2@usdoj.gov
Bar Number: ASB-3876-O55L

Counsel for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Don B. Long
DON B. LONG
Assistant United States Attorney