# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES ex rel** : : **LEAMON M. FITE III**, : : : : : **Plaintiff**, : : **v.** : : **APERIAN LABORATORY SOLUTIONS LLC;** : **EAST ALABAMA HEALTH CARE AUTHORITY d/b/a EAST ALABAMA MEDICAL CENTER;** : **SUMMIT DIAGNOSTICS, LLC;** : **COMPASS LABORATORY SERVICES,** : **LLC; TOTAL DIAGNOSTIC SOLUTIONS, LLC; JANNIE LYNN WORK CHAPMAN; AND SHELINDER AGGARWAL,** : | **CIVIL ACTION NO. 5:13-cv-1626-LSC** |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF RELATOR'S RETALIATORY DISCHARGE CLAIM

COMES NOW the Relator pursuant to Rule 41 of the Federal Rules of Civil Procedure, and with the consent of the relevant Defendants, East Alabama

Healthcare Authority d/b/a East Alabama Medical Center and Aperian Laboratory Solutions, LLC and stipulates to the dismissal, with prejudice, of his claim for retaliatory discharge under 31 U.S.C. §3730 (h). Each party is to bear its own costs with regard to this claim

DONE this the 22nd day of January 2018.

/s/Don McKenna
Don McKenna
Hare, Wynn, Newell and Newton, LLP
2025 Third Avenue North Suite 800
Birmingham, AL 35203
Tel: 205-328-5330
Fax: 205-324-2165
don@hwnn.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the undersigned counsel by electronic mail using the Court's CM/ECF electronic filing system on this the 22nd day of January 2018.

Adam P. Plant
Robert E. Battle
BATTLE & WINN
2901 Second Avenue South, Suite 220
Birmingham, AL 35233
Tel: (205) 397-8160
Fax: (205) 397-8179
aplant@battlewinn.com

rbattle@battlewinn.com

Benjamin B. Coulter
James A. Hoover
S. Greg Burge
BURR & FOREMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Tel: 205-251-3000
Fax: 205-458-5100
bcoulter@burr.com
jhoover@burr.com
gburge@burr.com

Daniel J. Martin
JONES WALKER LLP
1819 5th Avenue North, Suite 110
Birmingham, AL 35203
Tel: 205-244-5237
Fax: 205-244-5400
danielmartin@joneswalker.com

Adrienne D. Dresevic
James R. Witham
THE HEALTH LAW PARTNERS, P.C.
29566 Northwestern Highway, Suite 200
Southfield, MI 48034
Tel: 248-996-8510
Fax: 248-996-8528
tburkard@thehlp.com
adresevic@thehlp.com

Don B. Long, III
U.S. Attorney's Office
1801 4th Avenue North

Birmingham, AL 35203
Don.long@usdoj.gov

                                           /s/Don McKenna
                                           Don McKenna