IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. | ) ) ) |
| LEAMON M. FITE, III, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   CASE NO. 5:13-cv-1626-LSC |
| APERIAN LABORATORY SOLUTIONS, LLC; EAST ALABAMA HEALTH CARE AUTHORITY d/b/a EAST ALABAMA MEDICAL CENTER; et al., | ) ) ) ) ) ) ) |
| Defendants. | ) |

**PARTIES' JOINT NOTICE REGARDING DEFENDANTS'**

**MOTION FOR PROTECTIVE ORDER**

COME NOW the Relator, Leamon M. Fite, and Defendants, Aperian Laboratory Solutions, LLC and East Alabama Health Care Authority d/b/a East Alabama Medical Center (collectively, "EAMC"), and file this joint notice regarding the Defendants' Motion for Protective Order.  Doc. 125.

31067353 v1

1. Pursuant to this Courts' order dated January 10, 2018 (Doc. 127), counsel for the parties conferred regarding the deposition of Roben Nutter who is EAMC's General Counsel and Compliance Officer.

2. Also pursuant to the Courts order (Doc. 127), the parties are filing this statement to inform the Court that counsel for EAMC has agreed make Roben Nutter available for deposition regarding certain limited topics. However, by doing so, EAMC does not waive the right to assert the attorney-client privilege, attorney work product doctrine, including protection of information made in anticipation of litigation, or any other privilege pertaining to any legal analysis or legal advice Nutter provided EAMC. EAMC preserves the right to object during the course of Nutter's deposition to any testimony which potentially elicits privileged information and instruct her not to answer on the grounds of privilege.

3. Accordingly, this Court may consider the EAMC's Motion for Protective Order moot and may enter an order to that effect.

Respectfully submitted,

*s/ James A. Hoover*
James A. Hoover
S. Greg Burge
Benjamin B. Coulter
Adam W. Overstreet

*Attorneys for Defendants Aperian Laboratory Solutions, LLC and East*

*Alabama Health Care Authority d/b/a
East Alabama Medical Center*

<u>Donald P. McKenna, Jr.</u>
Scott A. Powell
Donald P. McKenna, Jr.
Randi Leigh McCoy
HARE WYNN NEWELL &
NEWTON LLP
2025 Third Avenue North, Suite 800
Birmingham, AL 35203-3331

Adam P. Plant
Robert E. Battle
BATTLE & WINN LLP
2901 2nd Avenue South, Ste 220
Birmingham, AL 35233

*Attorneys for Relator Leamon M. Fite, III*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax, or email on January 23, 2018:

Daniel J Martin
JONES WALKER LLP
One Federal Place
1819 5th Avenue North Suite 1100
Birmingham, AL 35283

Timothy Burkhard
Adrienne Dresevic
Carey F. Kalmowitz
THE HEALTH LAW PARTNERS, P.C.
1983 Marcus Avenue, Suite 106
Lake Success, NY 11042

Compass Laboratory Services, LLC

Total Diagnostic Solutions, LLC
Jannie Lynn Work Chapman
c/o Stephen M. Azia
BAKER DONELSON
901 K Street N.W. Suite 900
Washington, DC 20001

Compass Laboratory Services, LLC
Total Diagnostic Solutions, LLC
Jannie Lynn Work Chapman
c/o Katy C. Laster
EVANS PETREE PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

Don B. Long, III
Assistant United States Attorney
1801 4th Avenue North
Birmingham, AL 35203

*s/ James A. Hoover*
OF COUNSEL
