IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* LEAMON M. FITE, III, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | 5:13-cv-01626-LSC |
| vs. | | |
| APERIAN LABORATORY SOLUTIONS, LLC, et al., | | |

**ORDER**

Before the Court is the parties' Joint Notice Regarding Defendants' Motion for Protective Order where they certify that they have consulted on the basis of Aperian Laboratory Solutions, LLC and East Alabama Health Care Authority d/b/a East Alabama Medical Center (collectively "Medical Center")'s Motion for Protective Order and resolved the parties' disagreements. (*See* Doc. 131.) Therefore, Medical Center's Motion for Protective Order (doc. 125) is MOOT. The hearing on the aforementioned motion, set for January 25, 2018, at 1:30 PM, is hereby CANCELLED.

**DONE** AND **ORDERED** ON JANUARY 24, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485