IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LEAMON M. FITE, III,<br><br>　　　Plaintiff,<br><br>vs.<br><br>APERIAN LABORATORY SOLUTIONS, LLC, et al., | )<br>)<br>)<br>)<br>)　　5:13-cv-01626-LSC<br>)<br>)<br>)<br>)<br>) |

## Order

Before the Court is Relator's Stipulation of Dismissal with Prejudice of Relator's Retaliatory Discharge Claim (doc. 130) filed on January 22, 2018. In the Stipulation, Relator notifies the Court of the voluntary dismissal of Relator's claim for retaliatiory discharge under 31 U.S.C. § 3730(h) (Count XII) against East Alabama Healthcare Authority d/b/a East Alabama Medical Center and Aperian Laboratory Solutions, LLC with prejudice. (*See id.* at 2.)

Pursuant to the False Claim Act, 31 U.S.C. § 3730(b)(1), these claims may not be dismissed without the consent of the United States. The United States has filed a Notice (doc. 134) on January 29, 2018, consenting to the dismissal of the above-named Defendants without prejudice to the United States. Thus, Relator's claim for retaliatory discharge under 31 U.S.C. § 3730(h) (Count XII) against East

Alabama Healthcare Authority d/b/a East Alabama Medical Center and Aperian Laboratory Solutions, LLC is hereby DISMISSED with PREJUDICE. Each party to bear its own costs with regard to this claim. The dismissal of the claim is without prejudice as to the United States. Plaintiffs reserve the right to proceed against Defendants for all outstanding claims.

**DONE** AND **ORDERED** ON JANUARY 31, 2018.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485