# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES ex rel** | : | |
| | : | |
| **LEAMON M. FITE III**, | : | |
| | : | |
| | : | |
| | : | |
| *Relator-Plaintiff*, | : | |
| | : | **CIVIL ACTION NO.** |
| v. | : | **5:13-cv-1626-LSC** |
| | : | |
| **APERIAN LABORATORY SOLUTIONS**: | : | |
| **LLC; ET AL.,** | : | |
| | : | |
| *Defendants*. | : | |

## RELATOR'S EVIDENTIARY SUBMISSION IN SUPPORT OF RELATOR-COUNTERCLAIM DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON ALL COUNTERCLAIMS

1. Plaintiff's Exhibit 1 Deposition of Trae Fite

2. Plaintiff's Exhibit 2 Deposition of Roben Nutter

3. Plaintiff's Exhibit 3 Deposition of Ken Lott-Filed Under Seal

4. Plaintiff's Exhibit 4 Deposition of Laura Grill

5. Plaintiff's Exhibit 5 EAMC Electronic Systems Access User Security Contract-Filed Under Seal

6. Plaintiff's Exhibit 6 EAMC Corporate Compliance Policy-Filed Under Seal

7. Plaintiff's Exhibit 7 Email dated 5/28/2013 From Susan Johnston to Shelly Murray-Filed Under Seal

8. Plaintiff's Exhibit 8 Colaborate Preliminary Report-Filed Under Seal

9. Plaintiff's Exhibit 9 Email dated 4/23/2013 From Trae Fite to Ken Lott

10. Plaintiff's Exhibit 10 Email dated 4/29/2013 From Ken Lott to Terry Andrus-Filed Under Seal

11. Plaintiff's Exhibit 11 Separation Agreement

12. Plaintiff's Exhibit 12 Email dated 5/23/2013 From Ken Lott to Susan Johnston-Filed Under Seal

13. Plaintiff's Exhibit 13 Email dated 4/30/2013 From Sam Price to Ken Lott & Roben Nutter-Filed Under Seal

14. Plaintiff's Exhibit 14 Email dated 4/24/2013 from Roben Nutter to Laura Grill-Filed Under Seal

Respectfully submitted,

/s/Don McKenna_____
Don McKenna
ASB-6494-C66D
Randi McCoy

HARE, WYNN, NEWELL AND NEWTON, LLP
2025 Third Avenue North Suite 800
Birmingham, AL 35203
Tel: 205-328-5330
Fax: 205-324-2165
don@hwnn.com
randi@hwnn.com

Robert E. Battle
Adam P. Plant
Battle & Winn, LLP
2901 2nd Avenue South, Suite 220
Birmingham, AL 35233
aplant@battlewinn.com

rbattle@battlewinn.com

*Counsel for Relator/Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the <u>Relator's Evidentiary Submission in Support of Relator—Counterclaim Defendants' Motion for Summary Judgment on All Counterclaims</u> was served upon the undersigned counsel by electronic mail using the Court's CM/ECF electronic filing system on this 20th day of March, 2018.

James A. Hoover
S. Greg Burge
Benjamin B. Coulter
Adam Overstreet
**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Tel: (205) 251-3000
Fax: (205) 458-5100
jhoover@burr.com
gburge@burr.com
aoverstreet@burr.com
bcoulter@burr.com

Don B. Long, III, US Attorney
Erin Massey Everitt
Lane H. Woodke
U.S. Attorney's Office
1801 4th Avenue North
Birmingham, AL 35203
Don.long@usdoj.gov

                                                     /s/Don McKenna____
                                                     OF COUNSEL