FILED
2018 Mar-20 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 9
# EMAIL FROM TRAE FITE TO KEN LOTT
# DATE 4/23/2013



Message

| | |
|---|---|
| From: | Trae Fite [trae.fite@eamc.org] |
| Sent: | 4/23/2013 2:22:11 PM |
| To: | Ken Lott [ken.lott@eamc.org] |
| Subject: | Request |

Ken,

Pursuant to our conversation on Thursday, April 4th, regarding the expanding reach of my job duties and increase in personal responsibilities, I'd like to request an end to my involvement with Aperian. Over the past three years, I have taken the time to educate myself on Federal Anti-Kickback statutes, Stark Law, and other compliance issues. The more I have learned about compliance risks that seem to be increasing with Aperian, the less my comfort level has become in several strategic objectives related to this business. On one hand, I am hesitant to make this request because of my own anxiety of potential consequences, but I believe at this point it is in my best interest and the organization's best interest to bring my concerns to the table.

The compliance audit that I commissioned from Colaborate, and the results that I shared with you, Roben, and the Aperian board further enhanced these concerns. However, despite caution expressed from the audit, Roben, and myself, leadership's appetite for more risk only seemed to grow.

Recently, Roben and I have both expressed concern to you about the relationship between Aperian and Compass Lab/TDS, and in particular Jannie's disregard for adequate compliance safeguards. However, the organization has continued to pursue a business partnership despite warnings from myself and others in the organization about Jannie's business practices. Listening on the conference call with Cain Brothers yesterday, I realized how acutely focused this business is on increasing profits, completely masking the risks which are and have been very apparent. A few glowing signs include Dr. Aggarwal's suspension by the Board of Medical Examiners, the action taken on Winfield (Raquib) due to over-utilization, and Jannie's use of a sales rep in spite of a clear non-compete agreement with Ameritox. Even Terry Andrus has commented on multiple occasions about the risks associated with pursuing these partnerships, yet they continue. Another example is when Roben and I attempted to amend the TDS contract to remove the risk of Medicare "per-click" remuneration, we both got the message to back-off before Jannie took her business away. In fact, leadership even went so far as to hire another outside attorney (Jim Poole) to try and craft a way around the compliance risk.

Meanwhile, I have Lab Outreach which deserves my full attention. My Lab Outreach team has produced record profits and consistently exceeded budget expectations over the past 5 years I have been director, despite being understaffed, working with second-hand furniture and equipment, and lacking the necessary IT infrastructure I have asked for many times to compete with the national labs. I am extremely proud of how Lab Outreach has performed under the circumstances, and would like to now focus my entire efforts on this department. I'd also like to eliminate the growing personal legal risk associated with involvement with Aperian.

I understand that the structure of Lab Outreach may not support the cost of a full-time director, and I am prepared to take a salary decrease to bring me to a manager level of equal management experience (5 years). The quality of life I would gain back by the relief of the worry associated with the risks of Aperian would more than justify the decrease in salary. I am a nervous wreck at this point, and ready to re-focus on somewhere I can make a difference.

I make this request with **utmost appreciation for the opportunities** given to me by this organization. Likewise, I make this request knowing that the leadership presented with this decision will act based on their empathy with my concerns.

Thank you,

**Trae Fite**
Director, Lab Outreach of EAMC
P:(334)528-6500 C:(334)319-1820 F:(334)745-2630

Exhibit 9
to MSJ on
Counter
Claims