FILED
2018 Mar-20 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ex rel. | ) ) ) |
| **LEAMON M. FITE, III,** | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) **CASE NO. 5:13-cv-1626-LSC** |
| **APERIAN LABORATORY SOLUTIONS, LLC; EAST ALABAMA HEALTH CARE AUTHORITY d/b/a EAST ALABAMA MEDICAL CENTER;** et al., | ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Aperian Laboratory Solutions, LLC and East Alabama Health Care Authority d/b/a East Alabama Medical Center (collectively, "Aperian") move the Court for summary judgment pursuant to FED. R. CIV. P. 56. As explained in the brief to be filed in support of this motion, Aperian is entitled to summary judgment as to all of the Relator's claims under the False Claims Act, 31 U.S.C. §§ 3729(a)(1)(A) and (a)(1)(B), because there is no genuine of material fact and Aperian is due judgment as a matter of law. As grounds for this motion, Aperian relies upon the

arguments in its supporting brief, all pleadings, and the exhibits attached to its Notice of Filing Evidentiary Submission, filed contemporaneously herewith.

/s/ *Adam W. Overstreet*

James A. Hoover
S. Greg Burge
Benjamin B. Coulter
Adam W. Overstreet

*Attorneys for Defendants*
APERIAN LABORATORY SOLUTIONS, LLC AND EAST ALABAMA HEALTH CARE AUTHORITY d/b/a EAST ALABAMA MEDICAL CENTER

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
jhoover@burr.com
gburge@burr.com
bcoulter@burr.com
aoverstreet@burr.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax, or email on March 20, 2018.

Adam P. Plant
Robert E. Battle
BATTLE & WINN LLP
2901 2nd Avenue South, Ste. 220
Birmingham, AL 35233

Scott A. Powell

Donald P. McKenna, Jr.
Randi Leigh McCoy
HARE WYNN NEWELL & NEWTON LLP
2025 Third Avenue North, Suite 800
Birmingham, AL 35203-3331

Daniel J Martin
JONES WALKER LLP
One Federal Place
1819 5th Avenue North Suite 1100
Birmingham, AL 35283

Timothy Burkhard
Adrienne Dresevic
Carey F. Kalmowitz
THE HEALTH LAW PARTNERS, P.C.
1983 Marcus Avenue, Suite 106
Lake Success, NY 11042

Don B. Long, III
Assistant United States Attorney
1801 4th Avenue North
Birmingham, AL 35203

                                                      */s/ Adam W. Overstreet*
                                                      OF COUNSEL