FILED
2018 Apr-10 PM 05:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

## **DECLARATION OF SUSAN JOHNSTON**

1. My name is Susan Johnston. I am over 21 years of age and have personal knowledge of the facts stated herein.

2. I am a Vice President of Human Resources at East Alabama Healthcare Authority d/b/a East Alabama Medical Center (EAMC).

3. In my role as Vice President of Human Resources at EAMC, I am one of the people responsible for addressing human resources problems and other issues at EAMC.

4. I give this declaration on the basis of my own personal knowledge and upon my review of EAMC's business records. All facts set forth herein are either (a) facts of which I have personal knowledge; or (b) an accurate summary of EAMC's business records.

5. During the time that Leamon M. "Trae" Fite, III (Fite) was employed by EAMC, he entered into an improper sexual relationship with his subordinate, Imo Holstick (Holstick). Fite supervised Holstick.

6. Fite's behavior towards Holstick in the workplace was sufficiently problematic that EAMC received complaints from other employees Fite supervised.

7. EAMC had to expend its time, money, and other resources addressing Fite's inappropriate relationship with Holstick.

8. Even when approached by EAMC about Fite's relationship with Holstick, Fite denied the relationship.

9. Since Fite's resignation, he has testified under oath that he had a sexual relationship with Holstick during the time he supervised her at EAMC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 10, 2018

*Susan Johnston*
Susan Johnston