FILED
2018 Jun-06 PM 04:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES ex rel. : | |
| : | |
| **LEAMON M. FITE III**, : | |
| : | |
| *Relator-Plaintiff*, : | |
| : | **CIVIL ACTION NO.** |
| v. : | **5:13-cv-1626-LSC** |
| : | |
| **APERIAN LABORATORY SOLUTION** : | |
| **LLC; EAST ALABAMA HEALTH** : | |
| **CARE AUTHORITY d/b/a EAST** : | |
| **ALABAMA MEDICAL CENTER; AND** : | |
| **SUMMIT DIAGNOSTICS, LLC;** : | |
| : | |
| *Defendants*. : | |

### NOTICE OF SETTLEMENT WITH SUMMIT DIAGNOSTICS, LLC AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Relator Leamon M. Fite III and Defendant Summit Diagnostics, LLC notify this Court that Relator and the United States have entered into agreements with Summit to resolve the claims pleaded against Summit in this action.

On June 5, 2018, the United States, Relator, and Summit signed an agreement to resolve claims and potential claims against Summit arising from the submission of improper claims for payment to Medicare by Aperian from April

2009 through September 2014. The United States and Relator contended Summit knowingly caused to be presented false or fraudulent claims for payment or approval to the United States or its fiscal intermediaries in violation of 31 U.S.C. section 3729(a)(1)(A) for laboratory tests referred to Aperian by doctors to whom Summit had marketed Aperian's services under a commission-based marketing agreement. They also contended Summit knowingly caused to be presented false or fraudulent claims for payment or approval to the United States or its fiscal intermediaries in violation of 31 U.S.C. section 3729(a)(1)(A) for laboratory tests because Summit, marketing on behalf of Aperian, induced doctors to refer urine specimens to Aperian by assisting in providing those doctors with remuneration in the form of free point-of-care drug testing cups in violation of the Stark Law, 42 U.S.C. § 1395nn, and the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b(b).

This settlement is neither an admission of liability by Summit nor a concession by the United States and Relator their claims are not well founded.

Subject to certain exceptions, the United States released Summit from any civil or administrative monetary claim the United States has for the Covered Conduct, under the False Claims Act, 31 U.S.C. §§ 3729-3733; the Civil Monetary Penalties Law, 42 U.S.C. § 1320a-7a; the Program Fraud Civil Remedies Act, 31

U.S.C. §§ 3801-3812; or the common law theories of payment by mistake, unjust enrichment, and fraud.

Under this settlement with the United States and in consideration of a settlement agreement between Summit and Relator, Relator dismisses with prejudice his claims against Summit as pleaded in Counts I, II, III, and XI of the Second Amended Complaint. Dkt. 63. This settlement agreement resolves only the liability of Summit for the subject claims and does not resolve the liability of any other defendant. No other claims are dismissed under this stipulation.

The United States dismisses without prejudice the claims against Summit other than those included in the Covered Conduct of the agreement. All claims under the Covered Conduct are dismissed with prejudice.

Further, Relator and Summit state their respective summary judgment motions against each other are moot under the terms of their settlement agreement. *See* Dkts. 149, 151, 160, 162. This Court may dispose of those motions as moot ***as to the parties to this settlement agreement***. Relator's motions for summary judgment against Aperian and EAMC remain live issues, as does the motion for summary judgment Aperian and EAMC filed against Relator's Second Amended Complaint. *See* Dkts. 141, 144, 149.

**Dated: June 6, 2018**          Respectfully submitted,

<u>s/ Adam P. Plant</u>
Robert E. Battle
Adam P. Plant
BATTLE & WINN LLP
2901 Second Avenue South, Suite 220
Birmingham, AL 35233

Scott A. Powell
Donald P. McKenna Jr.
Randi McCoy
HARE WYNN NEWELL & NEWTON LLP
2024 Third Avenue North, Suite 800
Birmingham, AL 35203-3331

***Attorneys for Relator Leamon M. Fite III***

<u>s/Daniel J. Martin</u>
JONES WALKER LLP
One Federal Place
1819 5th Avenue North Suite 1100
Birmingham, AL 35283

Adrienne Dresevic
THE HEALTH LAW PARTNERS, P.C.
29566 Northwestern Hwy, Suite 200
Southfield, MI 48034

***Attorney for Defendant Summit Diagnostics, LLC***

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on June 6, 2018, which will send notification of such filing to all counsel of record registered under the CM/ECF system to receive such notices.

*s/ Adam P. Plant*
OF COUNSEL