# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES ex rel** | : | |
| **LEAMON M. FITE III**, | : | |
| *Relator-Plaintiff*, | : | |
| v. | : | **CIVIL ACTION NO. 5:13-cv-1626-LSC** |
| **APERIAN LABORATORY SOLUTION LLC; EAST ALABAMA HEALTH CARE AUTHORITY d/b/a EAST ALABAMA MEDICAL CENTER; SUMMIT DIAGNOSTICS, LLC; COMPASS LABORATORY SERVICES, LLC; TOTAL DIAGNOSTIC SOLUTIONS, LLC; AND JANNIE CHAPMAN** | : | |
| *Defendants*. | : | |

## THE UNITED STATES'S NOTICE OF CONSENT TO DISMISSAL

On June 6, 2018 Relator Leamon M. Fite III and Defendant Summit Diagnostics, LLC filed a Notice of Settlement and Stipulation of Dismissal, ECF No. 188. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that United States consents to the dismissal of claims as set

out in the Notice of Settlement and Stipulation of Dismissal, ECF No. 188, based on its determination that such a dismissal is commensurate with the public interest.

Date: June 8, 2018          Jay E. Town
United States Attorney

*s/Don B. Long III*
Don B. Long III
Assistant United States Attorneys
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
205-244-2001

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of the Court on June 8, 2018 using the CM/ECF system, which will send notice of the above to Plaintiff's counsel of record.

        ***/s/Don B. Long III***
        Don B. Long III
        Assistant United States Attorney United