IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LEAMON M. FITE, III, | )<br>)<br>)<br>) |
| Plaintiff, | ) 5:13-cv-01626-LSC |
| vs. | )<br>) |
| APERIAN LABORATORY SOLUTIONS, LLC, et al., | )<br>)<br>) |

### Order

This Court acknowledges receipt of the joint stipulation of dismissal with prejudice by Relator Leamon M. Fite ("Relator") and Defendant Summit Diagnostics, LLC ("Summit") filed on June 6, 2018, (doc. 188), and the United States' Notice of Consent to Dismissal filed on June 6, 2018, (doc. 189). Accordingly, Relator's claims against Defendants Summit are hereby DISMISSED WITH PREJUDICE, and costs are taxed as paid. The dismissal of any claims against Summit other than those included in the covered conduct of the agreement is WITHOUT PREJUDICE as to the United States. All claims against Aperian

Laboratory Solutions, LLC and East Alabama Health Care Authority, not previously dismissed by Order of this Court, remain pending.

**DONE** AND **ORDERED** ON JUNE 13, 2018.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485