IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* LEAMON M. FITE, III, | ) ) ) ) | |
| Plaintiff, | ) ) | 5:13-cv-01626-LSC |
| vs. | ) ) | |
| APERIAN LABORATORY SOLUTIONS, LLC, et al., | ) ) ) | |

**ORDER**

Defendants have notified the Court by telephone and e-mail that the parties have settled all remaining claims and have submitted the terms of their settlement to the United States for approval. Therefore, **all** remaining deadlines as stated in the Court's Scheduling Order are hereby CONTINUED. Specifically, the pretrial conference scheduled on July 19, 2018, final lists deadlines, and jury trial scheduled for August 13, 2018, are hereby **CONTINUED.**

**DONE** AND **ORDERED** ON JULY 9, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485