# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES ex rel.** **LEAMON M. FITE III**, | :<br>:<br>: |
| *Relator-Plaintiff*, | :<br>: |
| v. | :    **CIVIL ACTION NO.**<br>:    **5:13-cv-1626-LSC** |
| **APERIAN LABORATORY SOLUTIONS**, **LLC; AND EAST ALABAMA HEALTH CARE AUTHORITY d/b/a EAST ALABAMA MEDICAL CENTER** | :<br>:<br>:<br>:<br>:<br>: |
| *Defendants*. | : |

## NOTICE OF SETTLEMENT AND JOINT STIPULATION
## OF DISMISSAL WITH PREJUDICE

Relator Leamon M. Fite III and Defendants Aperian Laboratory Solutions, LLC and East Alabama Health Care Authority notify this Court that Relator and the United States have entered into agreements with them to resolve the remaining claims in this action.

On September 20, 2018, the United States, Relator, and the Defendants signed an agreement to resolve claims and potential claims against the Defendants arising from the facts pleaded in the Second Amended Complaint. Dkt. 63.

This settlement is neither an admission of liability by the Defendants nor a concession by the United States and Relator their claims are not well founded.

Subject to certain exceptions, the United States released the Defendants from any civil or administrative monetary claim the United States has for the Covered Conduct, under the False Claims Act, 31 U.S.C. §§ 3729-3733; the Civil Monetary Penalties Law, 42 U.S.C. § 1320a-7a; the Program Fraud Civil Remedies Act, 31 U.S.C. §§ 3801-3812; or the common law theories of payment by mistake, unjust enrichment, and fraud.

The United States dismisses without prejudice the claims against the Defendants other than those included in the Covered Conduct of the agreement. All claims under the Covered Conduct are dismissed with prejudice.

Under this settlement with the United States and in consideration of a settlement agreement between the Defendants and Relator, Relator dismisses with prejudice his claims against the Defendants as pleaded in the Second Amended Complaint. This settlement agreement resolves all claims remaining in this case.

**Dated: September 25, 2018**   Respectfully submitted,

<u>s/ Adam P. Plant</u>
Robert E. Battle
Adam P. Plant
BATTLE & WINN LLP
2901 Second Avenue South, Suite 220
Birmingham, AL 35233

Scott A. Powell
Donald P. McKenna Jr.
Randi McCoy
HARE WYNN NEWELL & NEWTON LLP
2024 Third Avenue North, Suite 800
Birmingham, AL 35203-3331

***Attorneys for Relator Leamon M. Fite III***

<u>s/James A. Hoover</u>
James A. Hoover
Benjamin B. Coulter
Adam W. Overstreet
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

***Attorneys for Defendants Aperian Laboratory Solutions, LLC and East Alabama Health Care Authority d/b/a East Alabama Medical Center***

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on September 25, 2018, which will send notification of such filing to all counsel of record registered under the CM/ECF system to receive such notices.

*s/ Adam P. Plant*
OF COUNSEL