IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.* Leamon M. Fite, III, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 5:13-cv-01626-LSC |
| APERIAN LABORATORY SOLUTIONS, LLC, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

## Order

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal (doc. 197) and the United States's Notice of Consent to Dismissal (doc. 198) filed on September 25, 2018. Accordingly, the case is DISMISSED and costs are taxed as paid.

**DONE** and **ORDERED** on September 26, 2018.

L. Scott Coogler
United States District Judge

194800